No. 186.   CARSON, COMMISSIONER OF FINANCE & TAXATION, *v.* ROANE-ANDERSON COMPANY ET AL.; and

No. 187.   CARSON, COMMISSIONER OF FINANCE & TAXATION, *v.* CARBIDE & CARBON CHEMICALS CORP. ET AL. Supreme Court of Tennessee.   Certiorari granted.   *Roy H. Beeler,* Attorney General of Tennessee, *William F. Barry,* Solicitor General, and *Allison B. Humphreys, Jr.* for petitioner.   *Solicitor General Perlman* and *S. Frank Fowler* for the United States et al., respondents.   Briefs of *amici curiae* supporting petitioner were filed by *Eugene Cook,* Attorney General, *W. H. Blackshear, Jr.,* Deputy Assistant Attorney General, and *George E. Sims, Jr.* and *Robert H. Gambrell,* Assistant Attorneys General, for the State of Georgia; and *T. C. Callison,* Attorney General, and *Claude K. Wingate,* Assistant Attorney General, for the State of South Carolina.

No. 229.   PILLSBURY ET AL., DEPUTY COMMISSIONERS, *v.* UNITED ENGINEERING CO. ET AL.   C. A. 9th Cir.   Certiorari granted.   *Solicitor General Perlman* for petitioners.   *Lyman Henry* for respondents.

No. 231.   DESPER, ADMINISTRATRIX, *v.* STARVED ROCK FERRY CO.   C. A. 7th Cir.   Certiorari granted.   *Joseph D. Ryan* for petitioner.   *Charles T. Shanner* for respondent.

No. 172.   KAUFMAN ET AL. *v.* SOCIETE INTERNATIONALE POUR PARTICIPATIONS INDUSTRIELLES ET COMMERCIALES, S. A., ET AL.; and

No. 178.   UEBERSEE FINANZ-KORPORATION, A. G., *v.* McGRATH, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN.   United States Court of Appeals